IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GENE GAUTHIER,)
)
Plaintiff,)
)
v.) No. 06 C 2627
)
NORTHWESTERN UNIVERSITY,)
)
Defendant.)

MEMORANDUM ORDER

Northwestern University ("University") has filed its Answer to the employment discrimination complaint brought against it by Gene Gauthier ("Gauthier"). This memorandum order is issued sua sponte to eliminate some flaws in that responsive pleading.

For one thing, there are a number of places where University's counsel appears to have misapplied the Answer's required compliance with the first sentence of Fed. R. Civ. P. ("Rule") 8(b). Where a responding party really admits all of the allegations in a paragraph of a plaintiff's complaint, to follow that admission with a purported denial of "the remaining allegations" in the same paragraph engenders nothing but confusion (see, e.g., Answer ¶¶3, 8 and 9). And that same locution in Answer ¶1 is equally problematic unless (as seems doubtful) University is denying that Gauthier is 35 years old. Accordingly all of the purported denials referred to here are stricken.

University's counsel has also misperceived the proper role

of an actual denial in another respect. Where a defendant disclaims the existence of knowledge and information sufficient to form a belief so as to get the benefit of a <u>deemed</u> denial under the second sentence of Rule 8(b)(see Answer ¶¶6 and 12), it is a contradiction in terms (an oxymoron) to go on in those same paragraphs to assert an actual denial of the same allegations. Those denials are also stricken.

                                            _____
                                            Milton I. Shadur
                                            Senior United States District Judge

Date: July 31, 2006